**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

QUNEY WALTON, et al.                                                                                              PLAINTIFFS

v.                                      3:16CV00038-JM-JTK

CRAIGHEAD COUNTY DETENTION FACILITY, et al.                                      DEFENDANTS

**ORDER**

Plaintiffs Walton, Collins, Hitchcock, Kendred, Iverson, and Coleman, have not responded to this Court's February 4, 2016 Order directing them to pay the $400 filing fee for this action or file Motions to Proceed in forma pauperis, within thirty days (Doc. No. 3). And Plaintiff Manohar has not paid the $400 filing fee within thirty days as directed in the Court's February 23, 2016 Order (Doc. No. 8). Therefore, the Court finds Plaintiffs' Complaint should be dismissed without prejudice, for failure to prosecute.[1] Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiffs' Complaint is DISMISSED without prejudice for failure to prosecute.

An appropriate Judgment shall accompany this Order.

---

[1] Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:
> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

IT IS SO ORDERED this 29th day of March, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE