**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

QUNEY WALTON, et al.                                                                                         PLAINTIFFS

v.                                               3:16CV00038-JM-JTK

CRAIGHEAD COUNTY DETENTION FACILITY, et al.                                     DEFENDANTS

**JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 29th day of March, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE